# EXHIBIT A

# Civil Cover Sheet

**Supreme Court of Pennsylvania**
**Court of Common Pleas**
**Civil Cover Sheet**

County: Montgomery

2018-03750-0000  2/22/2018 2:53 PM # 11666062
Rcpt#Z3334019 Fee:$0.00 Summons Civil Action
Main (Public)
MontCo Prothonotary

*The information collected on this form is used solely for court administration purposes. This form does not supplement or replace the filing and service of pleadings or other papers as required by law or rules of court.*

## SECTION A

**Commencement of Action:**
- ☐ Complaint
- ☒ Writ of Summons
- ☐ Transfer from Another Jurisdiction
- ☐ Petition
- ☐ Declaration of Taking

**Lead Plaintiff's Name:** Robert Samuel

**Lead Defendant's Name:** TransUnion Rental Screening Solutions, Inc.

**Are money damages requested?** ☒ Yes  ☐ No

**Dollar Amount Requested (check one):** ☒ within arbitration limits  ☐ outside arbitration limits

**Is this a Class Action Suit?** ☐ Yes  ☒ No

**Is this an MDJ Appeal?** ☐ Yes  ☒ No

**Name of Plaintiff/Appellant's Attorney:** Vicki Piontek, Esq

☐ Check here if you have no attorney (are a Self-Represented [Pro Se] Litigant)

## SECTION B

**Nature of the Case:** Place an "X" to the left of the ONE case category that most accurately describes your PRIMARY CASE. If you are making more than one type of claim, check the one that you consider most important.

**TORT** *(do not include Mass Tort)*
- ☐ Intentional
- ☐ Malicious Prosecution
- ☐ Motor Vehicle
- ☐ Nuisance
- ☐ Premises Liability
- ☐ Product Liability *(does not include mass tort)*
- ☐ Slander/Libel/Defamation
- ☒ Other: 15 USC 1681 et. seq.

**MASS TORT**
- ☐ Asbestos
- ☐ Tobacco
- ☐ Toxic Tort - DES
- ☐ Toxic Tort - Implant
- ☐ Toxic Waste
- ☐ Other:

**PROFESSIONAL LIABILITY**
- ☐ Dental
- ☐ Legal
- ☐ Medical
- ☐ Other Professional:

**CONTRACT** *(do not include Judgments)*
- ☐ Buyer Plaintiff
- ☐ Debt Collection: Credit Card
- ☐ Debt Collection: Other
- ☐ Employment Dispute: Discrimination
- ☐ Employment Dispute: Other
- ☐ Other:

**REAL PROPERTY**
- ☐ Ejectment
- ☐ Eminent Domain/Condemnation
- ☐ Ground Rent
- ☐ Landlord/Tenant Dispute
- ☐ Mortgage Foreclosure: Residential
- ☐ Mortgage Foreclosure: Commercial
- ☐ Partition
- ☐ Quiet Title
- ☐ Other:

**CIVIL APPEALS**
Administrative Agencies
- ☐ Board of Assessment
- ☐ Board of Elections
- ☐ Dept. of Transportation
- ☐ Statutory Appeal: Other
- ☐ Zoning Board
- ☐ Other:

**MISCELLANEOUS**
- ☐ Common Law/Statutory Arbitration
- ☐ Declaratory Judgment
- ☐ Mandamus
- ☐ Non-Domestic Relations Restraining Order
- ☐ Quo Warranto
- ☐ Replevin
- ☐ Other:

*Updated 1/1/2011*

# EXHIBIT B

## Precipe To Issue Writ Of Summons

IN THE COURT OF COMMON PLEAS
OF MONTGOMERY COUNTY, PENNSYLVANIA
CIVIL ACTION-LAW

Robert Samuel
7325 Chelwynde Avenue
Philadelphia PA 19153
                       Plaintiff

v.

TransUnion Rental Screening Solutions, Inc.
6430 South Fiddlers Green Circle, Suite 500
Greenwood Village, CO 80111
                       Defendant(s)

**PRECIPE TO ISSUE WRIT OF SUMMONS**

To: The Prothonotary:

Kindly issue a writ of summons against the Defendant(s) captioned above. Thank you.

_Vicki Piontek_     2-18-18
Vicki Piontek, Esquire     Date
Attorney for Plaintiff
951 Allentown Road
Lansdale, PA 19446
877-737-8617
palaw@justice.com
Fax: 866-408-6735

2018 FEB 22 P 8:33
MAIL RECEIVED
PROTHONOTARY
MONTGOMERY COUNTY

# EXHIBIT C

# Writ Of Summons

IN THE COURT OF COMMON PLEAS
OF MONTGOMERY COUNTY, PENNSYLVANIA
CIVIL ACTION-LAW

Robert Samuel                                                     :
7325 Chelwynde Avenue                                             :
Philadelphia PA 19153                                             :
                                Plaintiff   :
v.                                                                :
TransUnion Rental Screening Solutions, Inc.                       :
6430 South Fiddlers Green Circle, Suite 500                       :
Greenwood Village, CO 80111                                       :
                              Defendant(s) :

**WRIT OF SUMMONS**

TO:   TransUnion Rental Screening Solutions, Inc.
      6430 South Fiddlers Green Circle, Suite 500
      Greenwood Village, CO 80111

You are notified that Robert Samuel has commenced an action against you, pursuant to 15 USC 1681 et. seq., also known as the Fair Credit Reporting Act, and the Fair and Accurate Credit Transactions Act. Plaintiff's claims are based on Federal law.

SEAL OF
THE                   _____        2/22/18
COURT                 Prothonotary                  Date

                      By _____