IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBERT SAMUEL | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| TRANS UNION RENTAL SCREENING SOLUTIONS, INC. | : | CASE NO. 2:18-cv-01924-HB |

FILED
MAY 16 2018
KATE BARKMAN, Clerk
By_____ Dep. Clerk

ORDER

AND NOW, this **16th** Day of ____**May**____, 2018, it is hereby

ORDERED that the application of _Colin C. Poling_, Esquire, to practice in this Court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☑ GRANTED.

☐ DENIED.

_____ J.