IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ROBERT SAMUEL | : | CIVIL ACTION
vs. | : |
 | : | NO. 18-1924
TRANSUNION RENTAL SCREENING SOLUTIONS, INC. | |

O R D E R

**AND NOW, TO WIT:** This 18th day of June, 2018, it having been reported that the issues between the parties in the above action has been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court , it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.

**KATE BARKMAN**, Clerk of Court

BY: /s/Kristin R. Makely
Kristin R. Makely
Deputy Clerk

Civ 2 (8/2000)
41(b).frm